In the Matter of H. Patrick Barclay, Petitioner, v State of New York Department of Correctional Services et al., Respondents. [746 NYS2d 924]

Petitioner was found guilty of violating the prison disciplinary rules prohibiting assault on a staff member, violent conduct, making threats and refusing to obey a direct order. The determination has now been administratively reversed and all references thereto have been expunged from petitioner's institutional records. Inasmuch as petitioner has received all the relief to which he is entitled and is no longer aggrieved, the matter is dismissed as moot (*see Matter of Curtis v Goord*, 274 AD2d 808; *Matter of Maldonado v Miller*, 259 AD2d 912).

Cardona, P.J., Mercure, Spain, Mugglin and Kane, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.

In the Matter of Richard Tevault, Petitioner, v Glenn S. Goord, as Commissioner of Correctional Services, Respondent. [746 NYS2d 923]

Petitioner commenced this CPLR article 78 proceeding to challenge respondent's determination finding him guilty of violating the prison disciplinary rules that prohibit refusing to obey a direct order and violating urinalysis testing procedures. The underlying determination has been administratively reversed and all references thereto have been expunged from petitioner's institutional records. Inasmuch as petitioner has received all the relief to which he is entitled and is no longer aggrieved, the matter is dismissed as moot (*see Matter of Curtis v Goord*, 274 AD2d 808; *Matter of Maldonado v Miller*, 259 AD2d 912).

Crew III, J.P., Peters, Carpinello, Mugglin and Lahtinen, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.